## UNITED STATES COURT
## SOUTHERN DISTRICT OF TEXAS
## Mc ALLEN, TEXAS DIVISION

| | | |
|---|---|---|
| Osbaldo A. Saenz Jr. | § | |
| Plaintiff: | | Civil Cause Action |
| VS. | § | No. <u>723-CV-78</u> |
| Adriana Santillan | | |
| Defendant: | § | |

(Pro Se)

### ( MOTION FOR DEFAULT JUDGMENT )
### FRCP Rule 55 Notice

TO THE HONORABLE COURT CAPTIONED HEREINABOVE; now comes Osbaldo A. Saenz Jr., collectively "Plaintiff" herein, and files his Default Judgment request against an adult, and a sane Defendant, Adriana Santillan, thereafter the Plaintiff complying with Federal Rules of Civil Procedure Rule 5(a)(1), having served the Defendant with Plaintiff's Summons of a Civil Action Suit Petition on or about <u>July 17, 2023</u>, whereof the Defendant being in receipt of Plaintiff's Certified Mail Return Receipt Mail Number 9589 0710 5270 0448 4195 39 of service.

Thereafter, immediately the following day, <u>July 18, 2023</u>, the Defendant again was in receipt of Plaintiff's Summons of Civil Action Suit service through

**P. 1.**

licensed Process Server Marty Gonzalez, (Please see attached Exhibit "A" and Exhibit "B" service to Defendant) where thereafter, the Defendant being in receipt of service, the Defendant has failed to respond answer in compliance with FRCP Rule 12(a)(1)(A)(i) within the 21 days thereafter Defendant being served with a summons complaint failing to give notice to the Plaintiff and/or the Honorable Court.

The Plaintiff, within Plaintiff's Summons service, Plaintiff has served Defendant a true copy of Plaintiff's Certificate of Written Discovery, joint discovery management plan under Rule 26(f), disclosure of interest parties, the Honorable Courts Notice of Rescheduling of initial Pretrial Conference, whereof the Defendant did not respond or filed an answer.

## RELIEF SOUGHT

Plaintiff requests as follow:

1. IT BE ORDERED, the Defendant pay the Plaintiff the Amortization schedule monthly compound period from the commencing date up to date, of 104 months at $650.00, summing to $67,600, inclusive $4,732.00 at 7 % interest, totaling $72,332.00 AS ORDERED.

2. IT BE ORDERED, the Defendant, Pay Plaintiff for the Defendant's Atty. Samuel Ronaldo Lozano interference of the dissolving of the sell/purchase agreement between Plaintiff and Note Buyer Investor of the selling of the defendant's note to an investor in the amount of $62,000.00, due to Defendant's Frivolous harassing Lis Pendens Plaintiff incurring costs AS ORDERED.

3. IT BE ORDERED, the Defendant release the Defendant's Malice, Frivolous, Lis Pendens from Plaintiff's clouded property title, situated at 702 South Border Ave., Weslaco, Texas 78596, and the Defendant's frivolous Lis Pendens be lifted with Court Order, and through this default judgment as ORDERED.

4. IT BE ORDERED, the Defendant, immediately vacate Plaintiff's Property situated at 702 South Border Ave., Weslaco, Texas 78596 with this Default Judgment ORDER.

5. IT BE ORDERED, the Defendant, leave Plaintiff's personal Property such as appliance, furniture, clothing, and all of Plaintiff's personal property within Plaintiff real property situated on 702 South Border Ave., Weslaco, Texas 78596, and surrender the premises keys to the instructing Sheriff/Constable officer as ORDERED.

6. IT BE ORDERED, The Defendant pay the complete satisfaction of all utilities the Defendant consumed within the Plaintiff's property situated at 702 South

**P. 3.**

Border Ave. Weslaco, Texas 78596 and to be proven with produced paid off receipts to the court clerk of this Court Order.

7. IT BE ORDERED, the Defendant pay all of Plaintiff's court costs, diligence fees and together all $2,500 costs incurred form this suit, and pay Plaintiff all together herein provisions # 1, # 2, and # 7, summing to $136,832.00, as ORDERED.

8. IT BE ORDERED, The Defendant Shall be held responsible for all repairs, and the destruction to Plaintiff's property if any, thereafter Plaintiff's inspections.

9. IT BE ORDERED AND DECREED, That the subject property in this cause as stated herein as 702 South Border Ave. Weslaco, Texas 78596 be considered as Plaintiff's sole and separate property in fee simple with this Default Judgment AS ORDERED.

10. IT BE ORDEREDE, that the adjudication of this case against the Defendant is of **Moral Turpitude** and considered in a default judgement referenced to a conviction against the Defendant of Moral Turpitude AS ORDERED.

11. IT BE ORDERED, that the County Sheriff/Constable remove the Defendant and all of the Defendant's occupants from the Plaintiff's premises, immediately three (3) days thereafter the Judicial signature occurrence of this default

judgment, where this ORDER shall remain in effect until the Plaintiff accords with the Sheriff/Constable to accompany the Plaintiff for the Plaintiff's retaking of Plaintiff's Property assuring security to the Plaintiff from any disruption occurrences that may occur in general as ORDERED.

WHEREFORE PREMISES CONSIDERED, the Plaintiff files his default judgment against the Defendant's for failing to respond answer to Plaintiff's suit, for want of prosecution and holding the plaintiff's property illegally.

## PRAYER

The Plaintiff humbly requests the Honorable Court grant the Plaintiff a default judgment in favor of the Plaintiff, and permit the Plaintiff recover all relief requested referencing Defendants Moral Turpitude conviction against the Defendant Adriana Santillan. The continues in prayer the Plaintiff recovers all of Plaintiff's property within this default judgment, not limiting the lifting Defendant's frivolous Lis Pendens Defendant's placed on Plaintiff's sole and separate property.

Respectfully Submitted,

Osbaldo A. Saenz Jr.
P. O. Box 8145
Weslaco, Texas 78596

P. 5

(956) 438 - 4387

## CERTIFICATE OF SERVICE

I, The Plaintiff on this 11th day of August, 2023, has served a true and correct copy of Plaintiff's Motion for Default Judgment, to the Defendant stated hereunder, and in compliance with the Federal Rules of Civil Procedure Rule 5(a)(1), Via Certified Mail Return Receipt.

_____
Osbaldo A. Saenz Jr.
P. O. Box 8145
Weslaco, Texas 78596
(956) 438 – 4387

| | |
|---|---|
| Adriana Santillan | ---------- Certified Mail Return Receipt |
| 104 S. Main St. | # 7022 3330 0000 6853 7579 |
| Donna, Texas 78537 | |
| (956) 821 – 6420 | |

_____
Osbaldo A. Saenz Jr.
P. O. Box 8145
Weslaco, Texas 78596
(956) 438 – 4387

P. 6.